IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 09-00092-KD |
| v. | * | |
| | * | |
| ALBERT DEWAYNE MORRIS | * | |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on July 21, 2009, a Guilty Plea was entered by Defendant, **ALBERT DEWAYNE MORRIS**, which Guilty Plea provided, inter alia, that the Defendant, **ALBERT DEWAYNE MORRIS**, would enter a plea of guilty to Count Six of the superseding indictment filed by the United States Attorney, charging him with possession with the intent to distribute crack cocaine in violation of Title 21, United States Code, §841(a)(1). The defendant agreed in the Guilty Plea to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Seven of the superseding indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to that Guilty Plea the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the defendant at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the Guilty Plea, Defendant, **ALBERT DEWAYNE MORRIS**, agreed to and confessed to forfeit the following property:

> (1) **$2,751.00 (Two thousand, seven hundred and fifty-one dollars) in United States currency seized from defendant ALBERT DEWAYNE MORRIS' residence on May 6, 2009;**

(2) One 2000 Ford Expedition, VIN 1FMRU1565YLA75359, seized from outside the defendant's residence on May 6, 2009; and

(3) One 1997 Chevrolet C1500 pick-up truck, VIN 1GCEC19RR1VE189353, seized from outside the defendant's residence on May 6, 2009.

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting November 7, 2009, on www.forfeiture.gov . A Proof of Publication was filed on December 8, 2009, (Doc. 50), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

(1) $2,751.00 (Two thousand, seven hundred and fifty-one dollars) in United States currency seized from defendant ALBERT DEWAYNE MORRIS' residence on May 6, 2009;

(2) One 2000 Ford Expedition, VIN 1FMRU1565YLA75359, seized from outside the defendant's residence on May 6, 2009; and

(3) One 1997 Chevrolet C1500 pick-up truck, VIN 1GCEC19RR1VE189353, seized from outside the defendant's residence on May 6, 2009.

**IT IS FURTHER ORDERED** that the United States shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney George F. May.

DONE and ORDERED this 3rd day of February, 2010.

KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE